Ira Bodenstein
Shaw Fishman
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861
    Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: BRANCH, BYRON M | § | Case No. 13-14704 |
| BRANCH, CONNIE | § | |
| | § | |
| Debtor(s) | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on April 09, 2013. The undersigned trustee was appointed on January 15, 2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $       147,027.75

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 20,000.00 |
| Bank service fees | 359.56 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]      $ | 126,668.19 |

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 08/06/2015 and the deadline for filing governmental claims was 10/06/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,428.16. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,428.16, for a total compensation of $6,428.16.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $26.21, for total expenses of $26.21.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/11/2016        By: /s/Ira Bodenstein
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 13-14704
**Case Name:** BRANCH, BYRON M
BRANCH, CONNIE
**Period Ending:** 01/11/16

**Trustee:** (330129) Ira Bodenstein
**Filed (f) or Converted (c):** 07/30/14 (c)
**§341(a) Meeting Date:** 08/29/14
**Claims Bar Date:** 08/06/15

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1   Residential Property, Location: 3115 St Charles<br>　Orig. Asset Memo: Orig. Description: Residential Property, Location: 3115 St Charles Rd, Bellwood IL 60104; Imported from original petition Doc# 1; Lien: Opened 3/01/05 Last Active 5/01/12<br>Residential Mortgage<br>Residential Property<br>IL 60104<br>Value $ Location: 3115 St Charles Rd, Bellwood 115924 - Amount: 160584.00; Lien: Opened 3/01/05 Last Active 5/01/12<br>Residential Mortgage Arrearage<br>Residential Property<br>IL 60104<br>Value $ Location: 3115 St Charles Rd, Bellwood 115924 - Amount: 30000.00; Lien: Residential Lien<br>Residential Property<br>Location: 3115 St Charles Rd, Bellwood<br>IL 60104<br>Value $ 115924 - Amount: 9000.00 | 115,924.00 | 0.00 | | 0.00 | FA |
| 2   Cash<br>　Orig. Asset Memo: Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 3   Credit Union 1 - Checking<br>　Orig. Asset Memo: Orig. Description: Credit Union 1 - Checking; Imported from original petition Doc# 1; Exemption: Credit Union 1 - Checking - Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4   Furniture and household goods<br>　Orig. Asset Memo: Orig. Description: Furniture and household goods; Imported from original petition Doc# 1; Exemption: Furniture and household goods - Amount: 750.00 | 750.00 | 0.00 | | 0.00 | FA |
| 5   Clothing<br>　Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1; Exemption: | 350.00 | 0.00 | | 0.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14704  
**Case Name:** BRANCH, BYRON M  
BRANCH, CONNIE  
**Period Ending:** 01/11/16

**Trustee:** (330129)   Ira Bodenstein  
**Filed (f) or Converted (c):** 07/30/14 (c)  
**§341(a) Meeting Date:** 08/29/14  
**Claims Bar Date:** 08/06/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Clothing - Amount: 350.00 |  |  |  |  |  |
| 6 | Jewelry<br>    Orig. Asset Memo: Orig. Description: Jewelry; Imported from original petition Doc# 1; Exemption: Jewelry - Amount: 50.00 | 50.00 | 0.00 |  | 0.00 | FA |
| 7 | 2005 Nissan Altima<br>    Orig. Asset Memo: Orig. Description: 2005 Nissan Altima; Imported from original petition Doc# 1; Exemption: 2005 Nissan Altima - Amount: 4800.00; Exemption: 2005 Nissan Altima - Amount: 567.00 | 5,367.00 | 0.00 |  | 0.00 | FA |
| 8 | Reinstatement and back pay lawsuit. (u) | 0.00 | 0.00 |  | 147,027.75 | FA |
| 8 | **Assets    Totals** (Excluding unknown values) | **$122,591.00** | **$0.00** |  | **$147,027.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

    4/20/2015- Special counsel employed 1/29/15 to pursue back pay award against US Postal Service

**Initial Projected Date Of Final Report (TFR):**    December 31, 2015         **Current Projected Date Of Final Report (TFR):**    December 31, 2015

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 13-14704 | | **Trustee:** | Ira Bodenstein (330129) |
|---|---|---|---|---|
| **Case Name:** | BRANCH, BYRON M | | **Bank Name:** | Rabobank, N.A. |
| | BRANCH, CONNIE | | **Account:** | ******3066 - Checking Account |
| **Taxpayer ID #:** | **-***5226 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 01/11/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/07/15 | {8} | United States Postal Service | Statutory attorney fee award | 1249-000 | 20,000.00 | | 20,000.00 |
| 05/27/15 | 101 | The Law Office of Sabrina Wilkins-Brown P.C. | Payment of Attorney Fee Award per Order Dted 5/26/15 Dkt 57. | 3210-000 | | 20,000.00 | 0.00 |
| 10/28/15 | {8} | United States Postal Service | Back pay award in Branch v. USPS | 1249-000 | 115,891.70 | | 115,891.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 115,881.70 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.12 | 115,720.58 |
| 12/18/15 | {8} | United States Postal Service | Interest on back pay award in Branch v. USPS | 1249-000 | 11,136.05 | | 126,856.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.44 | 126,668.19 |
| | | | **ACCOUNT TOTALS** | | **147,027.75** | **20,359.56** | **$126,668.19** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **147,027.75** | **20,359.56** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$147,027.75** | **$20,359.56** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******3066** | 147,027.75 | 20,359.56 | 126,668.19 |
| | $147,027.75 | $20,359.56 | $126,668.19 |

{} Asset reference(s)

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 13-14704  
**Debtor Name:** BRANCH, BYRON M

Page: 1

**Date:** January 11, 2016  
**Time:** 02:25:39 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $6,428.16 | $0.00 | 6,428.16 |
| 200 | Ira Bodenstein<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654 | Admin Ch. 7 | | $26.21 | $0.00 | 26.21 |
| 200 | Sabrina Wilkins-Brown<br>70 East Lake Street<br>Suite 500<br>Chicago, IL 60601 | Admin Ch. 7 | | $42,338.30 | $20,000.00 | 22,338.30 |
| NOTFILED 100 | City Ntl Bk/Ocwen Loan Service Deutche Bank, Attn: Bankruptc<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | Secured | 7143325889 | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | FEMA<br>135 S LaSalle ST, Ste 1300<br>Chicago, IL 60603 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | Deutsche Bank National Trust c/o Ira T Nevel<br>175 N Franklin St, Ste 201<br>Chicago, IL 60606 | Secured | | $0.00 | $0.00 | 0.00 |
| NOTFILED 100 | City Ntl Bk/Ocwen Loan Service Deutsche Bank, Attn: Bankrupt<br>P.O. Box 24738<br>West Palm Beach, FL 33416 | Secured | 7143325889 | $0.00 | $0.00 | 0.00 |
| 1 610 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $983.08 | $0.00 | 983.08 |
| 2 610 | American InfoSource LP as agent for T Mobile/T-Mobile USA Inc<br>PO Box 248848<br>Oklahoma City, OK 73124-8848 | Unsecured | | $259.75 | $0.00 | 259.75 |
| 3 610 | Ally Financial f/k/a GMAC<br>PO Box 130424<br>Roseville, MN 55113-0004 | Unsecured | | $9,374.30 | $0.00 | 9,374.30 |
| 4 610 | nicor gas<br>po box 549<br>aurora, IL 60507 | Unsecured | 09 M4 001083 | $3,742.61 | $0.00 | 3,742.61 |
| NOTFILED 610 | Subscriber Services Inc<br>PO Box 741112<br>Arvada, CO 80006 | Unsecured | PSCM 1339876 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sonnenschein Fnl Svcs<br>2 Transam Plaza Dr Ste 3<br>Oakbrook Terrace, IL 60181 | Unsecured | C126673 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 13-14704
**Debtor Name:** BRANCH, BYRON M

Page: 2

**Date:** January 11, 2016
**Time:** 02:25:39 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Nw Collector<br>3601 Algonquin Rd<br>Rolling Meadow, IL 60008 | Unsecured | 3252798864 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN 55439 | Unsecured | 4844844 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148 | Unsecured | 9044283 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Northwest Collectors<br>3601 Algonquin Rd, Ste 23<br>Rolling Meadows, IL 60008 | Unsecured | 5755, 4382, 8864, 4381, 4 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Subscriber Services Inc<br>PO Box 741112<br>Arvada, CO 80006 | Unsecured | PSCM 1339876 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Sonnenschein Fnl Svcs<br>2 Transam Plaza Dr Ste 3<br>Oakbrook Terrace, IL 60181 | Unsecured | C126673 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pinnacle Financial Gro<br>7825 Washington Ave S St<br>Minneapolis, MN 55439 | Unsecured | 4844844 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nicor Gas<br>1844 Ferry Road<br>Naperville, IL 60563 | Unsecured | 09 M4 001083 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | Unsecured | 8111320692 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | MCSI<br>PO Box 327<br>Palos Heights, IL 60463 | Unsecured | XXXXXX6742 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nationwide Recovery<br>PO Box 8005<br>Cleveland, TN 37320 | Unsecured | XXXXXX0187 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Med Busi Bur<br>1460 Renaissance Dr<br>Park Ridge, IL 60068 | Unsecured | 20997622 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Pellettieri<br>991 Oak Creek Dr<br>Lombard, IL 60148 | Unsecured | 9044283 | $0.00 | $0.00 | 0.00 |
| NOTFILED 610 | Nw Collector<br>3601 Algonquin Rd<br>Rolling Meadow, IL 60008 | Unsecured | 3252798864 | $0.00 | $0.00 | 0.00 |

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** August 6, 2015

**Case Number:** 13-14704
**Debtor Name:** BRANCH, BYRON M

Page: 3

**Date:** January 11, 2016
**Time:** 02:25:39 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED 610 | Merchants Cr<br>223 W. Jackson Blvd.<br>Suite 400<br>Chicago, IL 60606 | Unsecured | 8111320692 | $0.00 | $0.00 | 0.00 |
| 1I 640 | American Info Source | Unsecured | | $3.50 | $0.00 | 3.50 |
| 2I 640 | American Info Source | Unsecured | | $0.93 | $0.00 | 0.93 |
| 3I 640 | Ally Financial | Unsecured | | $33.39 | $0.00 | 33.39 |
| 4I 640 | Nicor Gas | Unsecured | | $13.33 | $0.00 | 13.33 |
| SURPLUS 650 | BRANCH, BYRON M<br>3115 ST CHARLES RD<br>BELLWOOD, IL 60104 | Unsecured | | $83,464.63 | $0.00 | 83,464.63 |
| **<< Totals >>** | | | | 146,668.19 | 20,000.00 | 126,668.19 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 13-14704
Case Name: BRANCH, BYRON M
Trustee Name: Ira Bodenstein

**Balance on hand:** $ 126,668.19

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 126,668.19

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,428.16 | 0.00 | 6,428.16 |
| Trustee, Expenses - Ira Bodenstein | 26.21 | 0.00 | 26.21 |
| Attorney for Trustee, Fees - Sabrina Wilkins-Brown | 42,338.30 | 20,000.00 | 22,338.30 |

Total to be paid for chapter 7 administration expenses: $ 28,792.67
Remaining balance: $ 97,875.52

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 97,875.52

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

**UST Form 101-7-TFR (05/1/2011)**

|  | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 97,875.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,359.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 983.08 | 0.00 | 983.08 |
| 2 | American InfoSource LP as agent for | 259.75 | 0.00 | 259.75 |
| 3 | Ally Financial f/k/a GMAC | 9,374.30 | 0.00 | 9,374.30 |
| 4 | nicor gas | 3,742.61 | 0.00 | 3,742.61 |

|  | Total to be paid for timely general unsecured claims: | $ | 14,359.74 |
|---|---|---|---|
|  | Remaining balance: | $ | 83,515.78 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
|  | None |  |  |  |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 83,515.78 |

**UST Form 101-7-TFR (05/1/2011)**

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

                 Total to be paid for subordinated claims: **$**   0.00
                 Remaining balance:   **$**   83,515.78

  To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $51.15. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

  The amount of surplus returned to the debtor after payment of all claims and interest is $ 83,464.63.

**UST Form 101-7-TFR (05/1/2011)**