## UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re<br><br>**BYRON M. BRANCH**<br>**CONNIE BRANCH,**<br><br>Debtors. | Chapter 7<br><br>Case No. 13-14704<br>Hon. Pamela S. Hollis<br><br>Hearing Date: February 4, 2016<br>Hearing Time: 10:00 a.m. |

### NOTICE OF TRUSTEE APPLICATION FOR COMPESATION

TO:   Attached Service List

**PLEASE TAKE NOTICE** that on **February 4, 2016 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis**, Bankruptcy Judge, in Courtroom 644, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 666-2861

### CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached service list by first class U.S. Mail on January 12, 2016.

/s/ Ira Bodenstein

{11143-001 MOT A0427427.DOC}

## **SERVICE LIST**

*Office U.S. Trustee*
Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60604

*Debtors*
Byron M. Branch
Connie Branch
3115 Saint Charles Road
Bellwood, IL 60104

*Unsecured Creditors*
Creditor
Ally Financial f/k/a GMAC
P.O. Box 130424
Bloomington, MN 55113

Creditor
American Infosource as
Agent for T-mobile – Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124

*Attorney for the Debtors*
Neal Feld
500 North Michigan Avenue
Suite 600
Chicago, IL 60611

*Special Counsel*
Sabrina Wilkins Brown
70 E. Lake Street
Suite 540
Chicago, IL 60601

*Attorney for USPS*
Maryl R. Rosen
United States Postal Service
433 W. Harrison Street
7th Floor
Chicago, IL 60699-7000

Creditor
Nicor Gas
P.O. Box 549
Aurora, IL 60507

{11143-001 MOT A0427427.DOC}

Printed: 01/04/16 04:04 PM

# Trustee's Compensation

**Debtor:** BRANCH, BYRON M  **Case:** 13-14704

### Computation of Compensation

| | | |
|---|---:|---:|
| Total disbursements to other than the debtor are: | | 147,027.75 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | |
| 25% of First $5,000 | 5,000.00 = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 = | 4,500.00 |
| 5% of Next $950,000 | 97,027.75 = | 4,851.39 |
| 3% of Balance | 0.00 = | 0.00 |
| Calculated Total Compensation: | | $10,601.39 |
| Plus Adjustment: | | -4,173.23 |
| Total Compensation: | | $6,428.16 |
| Less Previously Paid: | | 0.00 |
| Total Compensation Requested: | | $6,428.16 |

### Trustee Expenses

| | | |
|---|---|---:|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 136 copies at 10.0 cents per copy | 13.60 |
| Postage | | 12.61 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| Subtotal Expenses: | | $26.21 |
| Plus Adjustment: | | 0.00 |
| Total Expenses: | | $26.21 |
| Less Previously Paid: | | 0.00 |
| Total Expenses Requested: | | $26.21 |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $6,428.16 as compensation and $26.21 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 01/04/16                Signed: __/s/ Ira Bodenstein_____

Ira Bodenstein
321 N. Clark St., Ste. 800

Chicago, IL 60654