**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| **In re** <br><br> **BYRON M. BRANCH** <br> **CONNIE BRANCH,** <br><br> Debtors. | Chapter 7 <br><br> **Case No. 13-14704** <br> **Hon. Pamela S. Hollis** <br><br> Hearing Date: February 4, 2016 <br> Hearing Time: 10:30 a.m. |

### AMENDED NOTICE OF TRUSTEE APPLICATION FOR COMPENSATION

TO:  Attached Service List

**PLEASE TAKE NOTICE** that on **February 4, 2016 at 10:30 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in Courtroom 644, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

**AT WHICH TIME AND PLACE** you may appear if you so see fit.

> Ira Bodenstein (#3126857)
> Shaw Fishman Glantz & Towbin LLC
> 321 North Clark Street, Suite 800
> Chicago, IL 60654
> (312) 666-2861

### CERTIFICATE OF SERVICE

Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached service list by first class U.S. Mail on January 12, 2016.

/s/ Ira Bodenstein

{11143-001 MOT A0427427.DOC}

## SERVICE LIST

*Office U.S. Trustee*
Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL 60604

*Debtors*
Byron M. Branch
Connie Branch
3115 Saint Charles Road
Bellwood, IL 60104

*Unsecured Creditors*
Creditor
Ally Financial f/k/a GMAC
P.O. Box 130424
Bloomington, MN 55113

Creditor
American Infosource as
Agent for T-mobile – Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK 73124

*Attorney for the Debtors*
Neal Feld
500 North Michigan Avenue
Suite 600
Chicago, IL 60611

*Special Counsel*
Sabrina Wilkins Brown
70 E. Lake Street
Suite 540
Chicago, IL 60601

*Attorney for USPS*
Maryl R. Rosen
United States Postal Service
433 W. Harrison Street
7th Floor
Chicago, IL 60699-7000

Creditor
Nicor Gas
P.O. Box 549
Aurora, IL 60507

{11143-001 MOT A0427427.DOC}