| | | |
|---|---|---|
| Ira Bodenstein<br>Shaw Fishman<br>321 N. Clark St., Ste. 800<br>Chicago, IL 60654<br>(312) 666-2861<br>Chapter 7 Trustee | The Honorable:<br>Chapter 7<br><br>Hearing Date:<br>Hearing Time: | PAMELA S. HOLLIS<br><br><br>02/04/2016<br>10:30 am |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:    BRANCH, BYRON M              §    Case No. 13-14704
          BRANCH, CONNIE               §
                                       §
Debtor(s)                              §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>Ira Bodenstein</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   219 South Dearborn Street
   Chicago, IL. 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 02/04/2016 in Courtroom 644, United States Courthouse, 219 South Dearborn Street Chicago, IL. 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed: 01/12/2016   By:   Ira Bodenstein
                                                             Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL 60654
(312) 666-2861

**UST Form 101-7-NFR (10/1/2010)**

| Ira Bodenstein | The Honorable: | PAMELA S. HOLLIS |
|---|---|---|
| Shaw Fishman | Chapter 7 | |
| 321 N. Clark St., Ste. 800 | Location: | |
| Chicago, IL 60654 | Hearing Date: | / / |
| (312) 666-2861 | Hearing Time: | |
| Chapter 7 Trustee | Response Date: | / / |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

| In re: BRANCH, BYRON M | § Case No. 13-14704 |
|---|---|
| BRANCH, CONNIE | § |
| | § |
| Debtor(s) | § |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 147,027.75 |
| *and approved disbursements of* | $ | 20,359.56 |
| *leaving a balance on hand of* [1] | $ | 126,668.19 |
| **Balance on hand:** | $ | 126,668.19 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 126,668.19 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Ira Bodenstein | 6,428.16 | 0.00 | 6,428.16 |
| Trustee, Expenses - Ira Bodenstein | 26.21 | 0.00 | 26.21 |
| Attorney for Trustee, Fees - Sabrina Wilkins-Brown | 42,338.30 | 20,000.00 | 22,338.30 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 28,792.67 |
| Remaining balance: | $ | 97,875.52 |

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 97,875.52 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 97,875.52 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 14,359.74 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 983.08 | 0.00 | 983.08 |
| 2 | American InfoSource LP as agent for | 259.75 | 0.00 | 259.75 |
| 3 | Ally Financial f/k/a GMAC | 9,374.30 | 0.00 | 9,374.30 |
| 4 | nicor gas | 3,742.61 | 0.00 | 3,742.61 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 14,359.74 |
| Remaining balance: | $ | 83,515.78 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 83,515.78 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 83,515.78 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.1% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $51.15. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 83,464.63.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/Ira Bodenstein
                        Trustee

Ira Bodenstein
321 N. Clark St., Ste. 800
Chicago, IL  60654
(312) 666-2861

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                        United States Bankruptcy Court
                        Northern District of Illinois

In re:                                                        Case No. 13-14704-PSH
Byron M Branch                                                Chapter 7
Connie Branch
        Debtors
```

## CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: cgreen               Page 1 of 2            Date Rcvd: Jan 12, 2016
                              Form ID: pdf006            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 14, 2016.
db/jdb         +Byron M Branch,    Connie Branch,    3115 St Charles Rd,    Bellwood, IL 60104-1549
20304499       +City Ntl Bk/Ocwen Loan Service,    Deutche Bank, Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
20304498       +City Ntl Bk/Ocwen Loan Service,    Deutsche Bank, Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
20304500       +Deutsche Bank National Trust,    c/o Ira T Nevel,    175 N Franklin St, Ste 201,
                 Chicago, IL 60606-1847
20304501       +ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,    Renton, WA 98057-9004
20304502       +FEMA,   135 S LaSalle ST, Ste 1300,    Chicago, IL 60603-4146
20304504       +Mci,   Cas Dept,    500 Technology Dr,    Weldon springs, MO 63304-2225
20304505       +Med Busi Bur,    1460 Renaissance Dr,    Park Ridge, IL 60068-1349
20304506       +Merchants Cr,    223 W. Jackson Blvd.,    Suite 400,   Chicago, IL 60606-6974
22285877       +Nationwide Recovery,    PO Box 8005,    Cleveland, TN 37320-8005
20304510       +Pinnacle Financial Gro,    7825 Washington Ave S St,    Minneapolis, MN 55439-2430
20304511       +Sonnenschein Fnl Svcs,    2 Transam Plaza Dr Ste 3,    Oakbrook Terrace, IL 60181-4823
20304512       +Subscriber Services Inc,    PO Box 741112,    Arvada, CO 80006-1112
22285988       +T-Mobile Corporate Office,    12920 SE 38th St,    Bellevue, WA 98006-7305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23283529        E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2016 01:44:24      Ally Financial f/k/a GMAC,
                 PO Box 130424,    Roseville, MN 55113-0004
20353930        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 13 2016 01:53:18
                 American InfoSource LP as agent for,    T Mobile/T-Mobile USA Inc,    PO Box 248848,
                 Oklahoma City, OK   73124-8848
22285825       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Jan 13 2016 01:47:10     Comcast,
                 One Comcast Center,    Philadelphia, PA 19103-2899
20304503       +E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2016 01:44:24      G M A C,   P.o. Box 380901,
                 Bloomington, MN 55438-0901
22285876       +E-mail/Text: karaiza@mcsicollections.com Jan 13 2016 01:48:07      MCSI,   PO Box 327,
                 Palos Hegiths, IL 60463-0327
20304507       +E-mail/Text: bankrup@aglresources.com Jan 13 2016 01:44:11      Nicor Gas,   1844 Ferry Road,
                 Naperville, IL 60563-9600
20304508       +E-mail/Text: clientservices@northwestcollectors.com Jan 13 2016 01:44:58      Nw Collector,
                 3601 Algonquin Rd,    Rolling Meadow, IL 60008-3143
20304509       +E-mail/Text: mmrgbk@miramedrg.com Jan 13 2016 01:46:01      Pellettieri,   991 Oak Creek Dr,
                 Lombard, IL 60148-6408
23500907       +E-mail/Text: bankrup@aglresources.com Jan 13 2016 01:44:12      nicor gas,   po box 549,
                 aurora il 60507-0549
                                                                                               TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20399563        Deutsche Bank National Trust Company, as Trustee f
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2016 at the address(es) listed below:
              Ira   Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira   Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
              Neal   Feld   on behalf of Debtor 2 Connie  Branch nealfeld@yahoo.com,    nealfeldlaw@yahoo.com
              Neal   Feld   on behalf of Debtor 1 Byron M Branch nealfeld@yahoo.com,    nealfeldlaw@yahoo.com
```

```
District/off: 0752-1          User: cgreen              Page 2 of 2                  Date Rcvd: Jan 12, 2016
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Nicholas D. Strom   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 strom@bcclegal.com, pluister@bcclegal.com,mavropodis@bcclegal.com,bochnowski@bcclegal.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Phillip A Pluister   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 pluister@bcclegal.com, mavropodis@bcclegal.com,bochnowski@bcclegal.com

                                                                                                                                                                                       TOTAL: 7