UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re<br><br>BYRON M. BRANCH<br>CONNIE BRANCH,<br><br>Debtors. | Chapter 7<br><br>Case No. 13-14704<br>Hon. Pamela S. Hollis<br><br>Hearing Date:   February 4, 2016<br>Hearing Time:  10:00 a.m. |

### NOTICE OF TRUSTEE APPLICATION FOR COMPESATION

TO:    Attached Service List

   **PLEASE TAKE NOTICE** that on **February 4, 2016 at 10:00 a.m.** or as soon thereafter as counsel may be heard, I shall appear before the **Honorable Pamela S. Hollis,** Bankruptcy Judge, in Courtroom 644, Dirksen Federal Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the **Trustee Application For Compensation,** a copy of which is attached and herewith served upon you, and shall pray for the entry of an order in conformity with the prayer of said pleadings.

   **AT WHICH TIME AND PLACE** you may appear if you so see fit.

Ira Bodenstein (#3126857)
Shaw Fishman Glantz & Towbin LLC
321 North Clark Street, Suite 800
Chicago, IL 60654
(312) 666-2861

### CERTIFICATE OF SERVICE

   Ira Bodenstein certifies that he caused to be served a true copy of the above and foregoing notice and attached pleading upon the attached service list by first class U.S. Mail on January 12, 2016.

/s/ Ira Bodenstein

{11143-001 MOT A0427427.DOC}

## SERVICE LIST

*Office U.S. Trustee*
Gretchen Silver
Office of the U.S. Trustee
219 S. Dearborn Street, Suite 873
Chicago, IL  60604

*Debtors*
Byron M. Branch
Connie Branch
3115 Saint Charles Road
Bellwood, IL  60104

*Unsecured Creditors*
Creditor
Ally Financial f/k/a GMAC
P.O. Box 130424
Bloomington, MN  55113

Creditor
American Infosource as
Agent for T-mobile – Mobile USA Inc.
P.O. Box 248848
Oklahoma City, OK  73124

*Attorney for the Debtors*
Neal Feld
500 North Michigan Avenue
Suite 600
Chicago, IL  60611

*Special Counsel*
Sabrina Wilkins Brown
70 E. Lake Street
Suite 540
Chicago, IL  60601

*Attorney for USPS*
Maryl R. Rosen
United States Postal Service
433 W. Harrison Street
7th Floor
Chicago, IL  60699-7000

Creditor
Nicor Gas
P.O. Box 549
Aurora, IL 60507

{11143-001 MOT A0427427.DOC}

{11143-001 MOT A0427427.DOC}

Printed: 01/04/16 04:04 PM                    **Trustee's Compensation**

**Debtor:** BRANCH, BYRON M                                    **Case:** 13-14704

| **Computation of Compensation** | | |
|---|---|---|
| Total disbursements to other than the debtor are: | | 147,027.75 |
| Pursuant to 11 U.S.C. 326, compensation is computed as follows: | | |
| 25% of First $5,000 | 5,000.00 = | 1,250.00 |
| 10% of Next $45,000 | 45,000.00 = | 4,500.00 |
| 5% of Next $950,000 | 97,027.75 = | 4,851.39 |
| 3% of Balance | 0.00 = | 0.00 |
| **Calculated Total Compensation:** | | **$10,601.39** |
| Plus Adjustment: | | -4,173.23 |
| **Total Compensation:** | | **$6,428.16** |
| Less Previously Paid: | | 0.00 |
| **Total Compensation Requested:** | | **$6,428.16** |

| **Trustee Expenses** | | |
|---|---|---|
| Premium on Trustee's Bond | | 0.00 |
| Travel | 0.0 miles at 0.0 cents per mile | 0.00 |
| Copies | 136 copies at 10.0 cents per copy | 13.60 |
| Postage | | 12.61 |
| Telephone Charges | | 0.00 |
| Clerical / Secretarial | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Paralegal Assistance | 0.00 hours at 0.00 dollars per hour | 0.00 |
| Supplies / Stationery | | 0.00 |
| Distribution Expenses | | 0.00 |
| Professional Expenses | | 0.00 |
| Other Expenses | | 0.00 |
| Other Expenses 2 | | 0.00 |
| **Subtotal Expenses:** | | **$26.21** |
| Plus Adjustment: | | 0.00 |
| **Total Expenses:** | | **$26.21** |
| Less Previously Paid: | | 0.00 |
| **Total Expenses Requested:** | | **$26.21** |

   The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his/her knowledge and requests the United States Trustee to approve this report and accounts and requests the Court to provide for notice and opportunity for a hearing under 11 U.S.C. 330(a), 502(b), and 503(b) and to thereafter award final compensation or reimbursement of expenses and to make final allowance for the purposes of distribution to claims, administrative expenses, and other payments stated in this report and account.

   WHEREFORE, the Trustee requests that this application be approved by this Court and that the Trustee be granted an allowance of $6,428.16 as compensation and $26.21 for reimbursement of expenses. The Trustee further states that no payments have been made or promised to him/her for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

Dated: 01/04/16                    Signed: /s/ Ira Bodenstein

                                   Ira Bodenstein
                                   321 N. Clark St., Ste. 800

                                   Chicago, IL 60654

United States Bankruptcy Court
Northern District of Illinois

In re:                                                          Case No. 13-14704-PSH
Byron M Branch                                                  Chapter 7
Connie Branch
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1            User: cgreen                Page 1 of 2              Date Rcvd: Jan 13, 2016
                                Form ID: pdf006             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 15, 2016.
db/jdb         +Byron M Branch,    Connie Branch,   3115 St Charles Rd,   Bellwood, IL 60104-1549
20304499       +City Ntl Bk/Ocwen Loan Service,    Deutche Bank, Attn: Bankruptcy,    P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
20304498       +City Ntl Bk/Ocwen Loan Service,    Deutsche Bank, Attn: Bankruptcy,   P.O. Box 24738,
                 West Palm Beach, FL 33416-4738
20304500       +Deutsche Bank National Trust,    c/o Ira T Nevel,   175 N Franklin St, Ste 201,
                 Chicago, IL 60606-1847
20304501       +ER Solutions/Convergent Outsourcing, INC,    Po Box 9004,   Renton, WA 98057-9004
20304502       +FEMA,   135 S LaSalle ST, Ste 1300,   Chicago, IL 60603-4146
20304504       +Mci,   Cas Dept,   500 Technology Dr,   Weldon springs, MO 63304-2225
20304505       +Med Busi Bur,   1460 Renaissance Dr,   Park Ridge, IL 60068-1349
20304506       +Merchants Cr,   223 W. Jackson Blvd.,   Suite 400,   Chicago, IL 60606-6974
22285877       +Nationwide Recovery,    PO Box 8005,   Cleveland, TN 37320-8005
20304510       +Pinnacle Financial Gro,    7825 Washington Ave S St,   Minneapolis, MN 55439-2430
20304511       +Sonnenschein Fnl Svcs,    2 Transam Plaza Dr Ste 3,   Oakbrook Terrace, IL 60181-4823
20304512       +Subscriber Services Inc,    PO Box 741112,   Arvada, CO 80006-1112
22285988       +T-Mobile Corporate Office,    12920 SE 38th St,   Bellevue, WA 98006-7305

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
23283529        E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2016 01:14:37     Ally Financial f/k/a GMAC,
                 PO Box 130424,   Roseville, MN 55113-0004
20353930        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 14 2016 01:28:09
                 American InfoSource LP as agent for,   T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK   73124-8848
22285825       +E-mail/Text: ned_fre-bankruptcies@cable.comcast.com Jan 14 2016 01:16:45    Comcast,
                 One Comcast Center,   Philadelphia, PA 19103-2899
20304503       +E-mail/Text: ally@ebn.phinsolutions.com Jan 14 2016 01:14:37     G M A C,   P.o. Box 380901,
                 Bloomington, MN 55438-0901
22285876       +E-mail/Text: karaiza@mcsicollections.com Jan 14 2016 01:29:28    MCSI,   PO Box 327,
                 Palos Hegiths, IL 60463-0327
20304507       +E-mail/Text: bankrup@aglresources.com Jan 14 2016 01:14:29    Nicor Gas,   1844 Ferry Road,
                 Naperville, IL 60563-9600
20304508       +E-mail/Text: clientservices@northwestcollectors.com Jan 14 2016 01:15:12    Nw Collector,
                 3601 Algonquin Rd,   Rolling Meadow, IL 60008-3143
20304509       +E-mail/Text: mmrgbk@miramedrg.com Jan 14 2016 01:16:03    Pellettieri,    991 Oak Creek Dr,
                 Lombard, IL 60148-6408
23500907       +E-mail/Text: bankrup@aglresources.com Jan 14 2016 01:14:29    nicor gas,   po box 549,
                 aurora il 60507-0549
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20399563        Deutsche Bank National Trust Company, as Trustee f
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 15, 2016                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2016 at the address(es) listed below:
              Ira   Bodenstein    on behalf of Trustee Ira  Bodenstein ibodenstein@shawfishman.com,
               cowens@shawfishman.com
              Ira   Bodenstein    iratrustee@shawfishman.com, IL29@ecfcbis.com;cowens@shawfishman.com
              Neal   Feld   on behalf of Debtor 2 Connie  Branch nealfeld@yahoo.com,   nealfeldlaw@yahoo.com
              Neal   Feld   on behalf of Debtor 1 Byron M Branch nealfeld@yahoo.com,   nealfeldlaw@yahoo.com

```
District/off: 0752-1          User: cgreen              Page 2 of 2            Date Rcvd: Jan 13, 2016
                              Form ID: pdf006           Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         Nicholas D. Strom   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 strom@bcclegal.com,   pluister@bcclegal.com,mavropodis@bcclegal.com,bochnowski@bcclegal.com
         Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
         Phillip A Pluister   on behalf of Creditor   Deutsche Bank National Trust Company, as Trustee for Soundview Home Loan Trust 2005-OPT1, Asset-Backed Certificates, Series 2005-OPT1 pluister@bcclegal.com,  mavropodis@bcclegal.com,bochnowski@bcclegal.com

                                                                                              TOTAL: 7