# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BRANCH, BYRON M § Case No. 13-14704
     BRANCH, CONNIE §
 §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Ira Bodenstein, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $122,591.00 *(without deducting any secured claims)* | Assets Exempt: $6,667.00 |
| Total Distribution to Claimants: $14,410.89 | Claims Discharged Without Payment: $8,417.00 |
| Total Expenses of Administration: $49,152.23 | |

3) Total gross receipts of $ 147,027.75 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 83,464.63 (see **Exhibit 2**), yielded net receipts of $63,563.12 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $199,584.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 6,813.93 | 49,152.23 | 49,152.23 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 16,103.00 | 14,410.89 | 14,410.89 | 14,410.89 |
| **TOTAL DISBURSEMENTS** | $215,687.00 | $21,224.82 | $63,563.12 | $63,563.12 |

4) This case was originally filed under Chapter 7 on April 09, 2013. The case was pending for 21 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 05/10/2016          By: /s/Ira Bodenstein
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**


Case 13-14704  Doc 69  Filed 05/18/16  Entered 05/18/16 15:04:52  Desc Main
Document      Page 3 of 9

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Reinstatement and back pay lawsuit. | 1249-000 | 147,027.75 |
| **TOTAL GROSS RECEIPTS** | | **$147,027.75** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BRANCH, BYRON M | Dividend paid 100.00% on $83,464.63; Claim# SURPLUS; Filed: $83,464.63; Reference: | 8200-002 | 83,464.63 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$83,464.63** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | City Ntl Bk/Ocwen Loan Service Deutche Bank, Attn: | 4110-000 | 30,000.00 | N/A | N/A | 0.00 |
| NOTFILED | FEMA | 4110-000 | 9,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Deutsche Bank National Trust c/o Ira T Nevel | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | City Ntl Bk/Ocwen Loan Service Deutsche Bank, Attn: | 4110-000 | 160,584.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$199,584.00** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ira Bodenstein | 2100-000 | N/A | 6,428.16 | 6,428.16 | 6,428.16 |
| Ira Bodenstein | 2200-000 | N/A | 26.21 | 26.21 | 26.21 |
| Sabrina Wilkins-Brown | 3210-000 | N/A | 0.00 | 42,338.30 | 42,338.30 |
| Rabobank, N.A. | 2600-000 | N/A | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | 161.12 | 161.12 | 161.12 |
| Rabobank, N.A. | 2600-000 | N/A | 188.44 | 188.44 | 188.44 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $6,813.93 | $49,152.23 | $49,152.23 |

**EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 –PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 –GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | 983.08 | 983.08 | 983.08 | 983.08 |
| 1I | American Info Source | 7990-000 | N/A | 3.50 | 3.50 | 3.50 |
| 2 | American InfoSource LP as agent for | 7100-000 | 2,016.92 | 259.75 | 259.75 | 259.75 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 2I | American Info Source | 7990-000 | N/A | 0.93 | 0.93 | 0.93 |
| 3 | Ally Financial f/k/a GMAC | 7100-000 | N/A | 9,374.30 | 9,374.30 | 9,374.30 |
| 3I | Ally Financial | 7990-000 | N/A | 33.39 | 33.39 | 33.39 |
| 4 | nicor gas | 7100-000 | 4,686.00 | 3,742.61 | 3,742.61 | 3,742.61 |
| 4I | Nicor Gas | 7990-000 | N/A | 13.33 | 13.33 | 13.33 |
| NOTFILED | Subscriber Services Inc | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonnenschein Fnl Svcs | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Collector | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | Northwest Collectors | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| NOTFILED | Subscriber Services Inc | 7100-000 | 40.00 | N/A | N/A | 0.00 |
| NOTFILED | Sonnenschein Fnl Svcs | 7100-000 | 150.00 | N/A | N/A | 0.00 |
| NOTFILED | Pinnacle Financial Gro | 7100-000 | 460.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 4,686.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | MCSI | 7100-000 | 101.00 | N/A | N/A | 0.00 |
| NOTFILED | Nationwide Recovery | 7100-000 | 140.00 | N/A | N/A | 0.00 |
| NOTFILED | Med Busi Bur | 7100-000 | 132.00 | N/A | N/A | 0.00 |
| NOTFILED | Pellettieri | 7100-000 | 369.00 | N/A | N/A | 0.00 |
| NOTFILED | Nw Collector | 7100-000 | 139.00 | N/A | N/A | 0.00 |
| NOTFILED | Merchants Cr | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $16,103.00 | $14,410.89 | $14,410.89 | $14,410.89 |

**UST Form 101-7-TDR (10/1/2010)**

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14704  
**Case Name:** BRANCH, BYRON M  
BRANCH, CONNIE  
**Period Ending:** 05/10/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/30/14 (c)  
**§341(a) Meeting Date:** 08/29/14  
**Claims Bar Date:** 08/06/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential Property, Location: 3115 St Charles<br>    Orig. Asset Memo: Orig. Description: Residential Property, Location: 3115 St Charles Rd, Bellwood IL 60104; Imported from original petition Doc# 1; Lien: Opened 3/01/05 Last Active 5/01/12<br>Residential Mortgage<br>Residential Property<br>IL 60104<br>Value $ Location: 3115 St Charles Rd, Bellwood 115924  -  Amount: 160584.00; Lien: Opened 3/01/05 Last Active 5/01/12<br>Residential Mortgage Arrearage<br>Residential Property<br>IL 60104<br>Value $ Location: 3115 St Charles Rd, Bellwood 115924  -  Amount: 30000.00; Lien: Residential Lien<br>Residential Property<br>Location: 3115 St Charles Rd, Bellwood<br>IL 60104<br>Value $ 115924  -  Amount: 9000.00 | 115,924.00 | 0.00 | | 0.00 | FA |
| 2 | Cash<br>    Orig. Asset Memo: Orig. Description: Cash; Imported from original petition Doc# 1; Exemption: Cash  -  Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 3 | Credit Union 1 - Checking<br>    Orig. Asset Memo: Orig. Description: Credit Union 1 - Checking; Imported from original petition Doc# 1; Exemption: Credit Union 1 - Checking  -  Amount: 100.00 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Furniture and household goods<br>    Orig. Asset Memo: Orig. Description: Furniture and household goods; Imported from original petition Doc# 1; Exemption: Furniture and household goods  -  Amount: 750.00 | 750.00 | 0.00 | | 0.00 | FA |
| 5 | Clothing<br>    Orig. Asset Memo: Orig. Description: Clothing; Imported from original petition Doc# 1; Exemption: | 350.00 | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 13-14704  
**Case Name:** BRANCH, BYRON M  
BRANCH, CONNIE  
**Period Ending:** 05/10/16

**Trustee:** (330129) Ira Bodenstein  
**Filed (f) or Converted (c):** 07/30/14 (c)  
**§341(a) Meeting Date:** 08/29/14  
**Claims Bar Date:** 08/06/15

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | Clothing - Amount: 350.00 | | | | | |
| 6 | Jewelry<br>    Orig. Asset Memo: Orig. Description: Jewelry; Imported from original petition Doc# 1; Exemption: Jewelry - Amount: 50.00 | 50.00 | 0.00 | | 0.00 | FA |
| 7 | 2005 Nissan Altima<br>    Orig. Asset Memo: Orig. Description: 2005 Nissan Altima; Imported from original petition Doc# 1; Exemption: 2005 Nissan Altima - Amount: 4800.00; Exemption: 2005 Nissan Altima - Amount: 567.00 | 5,367.00 | 0.00 | | 0.00 | FA |
| 8 | Reinstatement and back pay lawsuit. (u) | 0.00 | 0.00 | | 147,027.75 | FA |
| 8 | **Assets** Totals (Excluding unknown values) | **$122,591.00** | **$0.00** | | **$147,027.75** | **$0.00** |

**Major Activities Affecting Case Closing:**

3/31/2016- TFR approved and funds out for distribution

4/20/2015- Special counsel employed 1/29/15 to pursue back pay award against US Postal Service

**Initial Projected Date Of Final Report (TFR):** December 31, 2015    **Current Projected Date Of Final Report (TFR):** January 11, 2016 (Actual)

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 13-14704  
**Case Name:** BRANCH, BYRON M  
BRANCH, CONNIE  
**Taxpayer ID #:** \*\*-\*\*\*5226  
**Period Ending:** 05/10/16

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** \*\*\*\*\*\*3066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 05/07/15 | {8} | United States Postal Service | Statutory attorney fee award | 1249-000 | 20,000.00 | | 20,000.00 |
| 05/27/15 | 101 | The Law Office of Sabrina Wilkins-Brown P.C. | Payment of Attorney Fee Award per Order Dted 5/26/15 Dkt 57. | 3210-000 | | 20,000.00 | 0.00 |
| 10/28/15 | {8} | United States Postal Service | Back pay award in Branch v. USPS | 1249-000 | 115,891.70 | | 115,891.70 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 115,881.70 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.12 | 115,720.58 |
| 12/18/15 | {8} | United States Postal Service | Interest on back pay award in Branch v. USPS | 1249-000 | 11,136.05 | | 126,856.63 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 188.44 | 126,668.19 |
| 02/09/16 | 102 | Sabrina Wilkins-Brown | Dividend paid 100.00% on $42,338.30, Attorney for Trustee Fees (Other Firm); Reference: | 3210-000 | | 22,338.30 | 104,329.89 |
| 02/09/16 | 103 | Ira Bodenstein | Dividend paid 100.00% on $26.21, Trustee Expenses; Reference: | 2200-000 | | 26.21 | 104,303.68 |
| 02/09/16 | 104 | Ira Bodenstein | Dividend paid 100.00% on $6,428.16, Trustee Compensation; Reference: | 2100-000 | | 6,428.16 | 97,875.52 |
| 02/09/16 | 105 | American InfoSource LP as agent for | Dividend paid 100.00% on $983.08; Claim# 1; Filed: $983.08; Reference: | 7100-000 | | 983.08 | 96,892.44 |
| 02/09/16 | 106 | American InfoSource LP as agent for | Dividend paid 100.00% on $259.75; Claim# 2; Filed: $259.75; Reference: | 7100-000 | | 259.75 | 96,632.69 |
| 02/09/16 | 107 | Ally Financial f/k/a GMAC | Dividend paid 100.00% on $9,374.30; Claim# 3; Filed: $9,374.30; Reference: | 7100-000 | | 9,374.30 | 87,258.39 |
| 02/09/16 | 108 | nicor gas | Dividend paid 100.00% on $3,742.61; Claim# 4; Filed: $3,742.61; Reference: 09 M4 001083 | 7100-000 | | 3,742.61 | 83,515.78 |
| 02/09/16 | 109 | American Info Source | Dividend paid 100.00% on $3.50; Claim# 1I; Filed: $3.50; Reference: | 7990-000 | | 3.50 | 83,512.28 |
| 02/09/16 | 110 | American Info Source | Dividend paid 100.00% on $0.93; Claim# 2I; Filed: $0.93; Reference: | 7990-000 | | 0.93 | 83,511.35 |
| 02/09/16 | 111 | Ally Financial | Dividend paid 100.00% on $33.39; Claim# 3I; Filed: $33.39; Reference: | 7990-000 | | 33.39 | 83,477.96 |
| 02/09/16 | 112 | Nicor Gas | Dividend paid 100.00% on $13.33; Claim# 4I; Filed: $13.33; Reference: | 7990-000 | | 13.33 | 83,464.63 |
| 02/09/16 | 113 | BRANCH, BYRON M | Dividend paid 100.00% on $83,464.63; Claim# SURPLUS; Filed: $83,464.63; Reference: | 8200-002 | | 83,464.63 | 0.00 |
| | | | ACCOUNT TOTALS | | 147,027.75 | 147,027.75 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 147,027.75 | 147,027.75 | |
| | | | Less: Payments to Debtors | | | 83,464.63 | |
| | | | NET Receipts / Disbursements | | $147,027.75 | $63,563.12 | |

{} Asset reference(s)

Printed: 05/10/2016 12:53 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 13-14704  
**Case Name:** BRANCH, BYRON M  
BRANCH, CONNIE  
**Taxpayer ID #:** **-***5226  
**Period Ending:** 05/10/16  

**Trustee:** Ira Bodenstein (330129)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******3066 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | Net Receipts : | 147,027.75 | | | | |
| | | Less Payments to Debtor : | 83,464.63 | | | | |
| | | Net Estate : | $63,563.12 | | | | |

| | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******3066** | 147,027.75 | 63,563.12 | 0.00 |
| | $147,027.75 | $63,563.12 | $0.00 |

{} Asset reference(s)

Printed: 05/10/2016 12:53 PM  V.13.25